Rev. 5/2024 Prisoner Complaint

FILED
OCT 31 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

# United States District Court
### Eastern District of North Carolina
### Western Division

Case No. _____
(To be filled out by Clerk's Office only)

Robert S. Ballard

Inmate Number 0017263

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Capt Raymond; Sgt. Kittrell; Sgt. Opember; Officer Molsey; Officer Sattery; Officer Pugh

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

# COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☑ Yes
☐ No

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

I. **COMPLAINT**

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

- [x] 42 U.S.C. § 1983 (state, county, or municipal defendants)

- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

- [ ] Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

II. **PLAINTIFF INFORMATION**

Robert S Ballard
Name

0017263
Prisoner ID #

Maury Correctional
Place of Detention

PO Box 506
Institutional Address

Maury      NC      28558
City        State       Zip Code

III. **PRISONER STATUS**

*Indicate whether you are a prisoner or other confined person as follows:*

- [ ] Pretrial detainee  [ ] State  [ ] Federal
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __Capt. Raymond__
Name

__Captain__
Current Job Title

__1300 Western Blvd__
Current Work Address

__Raleigh__          __NC__          __27606__
City                State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2: __Sgt Kittrell__
Name

__Sgt__
Current Job Title

__1300 Western Blvd__
Current Work Address

__Raleigh__          __NC__          __27606__
City                State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

**Defendant(s) Continued**

Defendant 3: _Sgt Ogumba_
Name

_Sgt_
Current Job Title

_1300 Western Blvd_
Current Work Address

_Raleigh_   _NC_   _27606_
City   State   Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 4: _Officer Molsey_
Name

_Correctional Officer_
Current Job Title

_1300 Western Blvd_
Current Work Address

_Raleigh_   _NC_   _27606_
City   State   Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 5) Officer Sutton
Correctional Officer
1300 Western Blvd
Raleigh NC 27606

Defendant 6) Officer Pugh
Correctional Officer
1300 Western Blvd
Raleigh NC 27606

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Central Prison Hospital

Date(s) of occurrence: 4-22-23 & 4-23-23

State which of your federal constitutional or federal statutory rights have been violated:

8th Amendment cruel & unusual punishment & Denial of medical care Denial of meals; Denial of medical equipment

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> Who did what to you?

On 4-22-23 I hit my call bell for a Nurse Supervisor because the Nurse handled my pills, pill cup without wearing gloves. Officer Sutton opened my door and asked what I wanted. I told her a Nurse Supervisor. Sutton made the statement to me while I was laying in my bed "oh you're going to show out today." She then took my wheelchair out in the hallway and removed both wheelchair legs from my wheelchair for no reason. I had not ever gotten out of my bed all morning nor was I banging on my door. I had been in my bed all morning and camera footage will prove all this to.

Next officer Mosley came down with officer Sutton and at the time I was at my door asking for a Sgt. Mosley pepper sprayed me. – I still had not banged on my door until after Mosley pepper sprayed me – then I started banging on my door and yelling for a Sgt.

2 Sgts finally came, Sgt Kittrell and Sgt Ozemba to my cell after over an hour and a half of my requesting one.

**What happened to you?**

Both Sgts listened to what Mosley and Sutton said and would not listen to nothing I had to say. I continued to tell both Sgts to view the camera footage and see who is lying. Then both Sgts took me to the shower so I could wash off the pepper spray. One Sgt told Ofc. Wood to spray water on the pepper spray on my body. Pepper spray has to be washed off with soap and water - not just run some water over it. Both Sgts refused to allow me to use soap and water to wash off the pepper spray. Both Sgts were just holding me in the shower so officers Sutton, Mosley and other officers could remove all my legal materials, law books, including my diapers that I am forced to wear because I have no control over my bladder. My bed was removed and a mattress was thrown on the floor unhooked and all the air went out of it. Once I got down on the floor from my wheelchair I could not get from the floor to my wheelchair. I was denied my afternoon medications; my evening meal by officer Pugh and Sutton.

**When did it happen to you?**

On 4-23-23 officer Pugh refused to allow the nurse into my room; refused me both noon and dinner meals. Denied my morning and afternoon medications. Pugh seen I could not get from the floor to my wheelchair to go to the door for my meals and medications. I was denied water by officers Sutton, Mosley and Pugh.

**Where did it happen to you?**

Capt. Raymond came on 4-22-23 and assured me nobody would mess with all my legal documents, cases and materials. Yet on 4-24-23 when my property was returned, my legal documents was folded up, crushed. Each case was in its own brown envelope - when

**What was your injury?**

I got my property back, all the envelopes had been emptied and all different cases were mixed together and papers were torn. Capt Raymond gave the order to remove my property, to leave me on no mattress on the floor, naked, urinating all over my self, on the mattress, forced to lay in my own urine for 2 days and nights. On 4-24-23 Sgt Nelson came with a disciplinary report for banging on my door - saying I was using my wheelchair feet rest to bang on the door. Camera footage will show Officer Sutton took my wheelchair legs before anything started on 4-22-23 - View camera footage. I layed on the floor from 4-22-23 and 4-23-23. I layed in urine on a plastic mattress without food, water and ordered medications.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☒ Yes  ☐ No

If no, explain why not:

I filed the 1st grievance and it was rejected by prison officials. I filed the second grievance and it was accepted on 6-21-23 and a response due within 15 days. Prison officials never sent plaintiff a response. Plaintiff could not appeal because to appeal - the appeal form is on the same page as the prison's response is written on.

Is the grievance process completed?  ☒ Yes  ☐ No

If no, explain why not:

Plaintiff filed a 3rd grievance and prison officials refused to accept this 3rd grievance.

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

To be determined by the jury

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?  ☒ Yes  ☐ No

If yes, how many?  Sixteen

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

## IX. PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

10-20-25
Dated

Robert Ball
Plaintiff's Signature

Robert S. Ballard
Printed Name

0017263
Prison Identification #

PO Box 500    Maury    NC    28554
Prison Address    City    State    Zip Code